AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos VENEGAS<br><br>_Defendant_ | )<br>)<br>)    Case No. MO:12-MJ-267<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Juan Carlos VENEGAS                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Coercion and Enticement of a Minor, a violation of Title 18 United States Code Section 2422 (b).

Date: 07/18/2012

_Issuing officer's signature_

City and state:  Midland, Texas                    David Counts    United States Magistrate Judge
_Printed name and title_

| Return | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____.<br><br>Date: _____ | <br><br>_Arresting officer's signature_<br><br>David Counts    United States Magistrate Judge<br>_Printed name and title_ |